**DISMISS; Opinion Filed April 4, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00024-CV**

**AMY LOSMAN, Appellant**
**V.**
**KAREN AND LANE BAKER, Appellees**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00570-2012**

## MEMORANDUM OPINION

Before Justices Bridges, FitzGerald, and Myers
Opinion by Justice Myers

The filing fee in this case is past due. By postcard dated January 7, 2013, we notified appellant the $175 filing fee was due. We directed appellant to pay the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated January 7, 2013, we notified appellant that her docketing statement had not been filed. We directed appellant to file a docketing statement within ten days. We cautioned appellant that failure to do so might result in the dismissal of this appeal. To date, appellant has not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b)(c).

/Lana Myers
LANA MYERS
130024F.P05                                                    JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

AMY LOSMAN, Appellant

No. 05-13-00024-CV          V.

KAREN AND LANE BAKER, Appellees

On Appeal from the County Court at Law No. 6, Collin County, Texas
Trial Court Cause No. 006-00570-2012.
Opinion delivered by Justice Myers.
Justices Bridges and FitzGerald participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees KAREN AND LANE BAKER recover their costs of this appeal from appellant AMY LOSMAN.

Judgment entered this 4th day of April, 2013.

/Lana Myers/
LANA MYERS
JUSTICE